UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
SELENA SCOTT,

                Plaintiff,                                              CV-06 2950 (LDW) (WDW)

      - against -                                              ORDER

COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, POLICE OFFICERS
JOHN DOE 1 through 10 and POLICE OFFICERS
JANE DOE 1 through 10,

                Defendants.
------------------------------------x

WHEREAS, the above captioned action was instituted on or about June 14, 2006; and

WHEREAS, Plaintiff has discontinued causes of action alleging violations of 42 U.S.C. § 1983; and

NOW, upon consideration of the foregoing and the Stipulation executed by all parties herein

IT IS HEREBY ORDERED that the above captioned action shall be remanded to New York State Supreme Court, County of Suffolk.

Dated: July 18, 2007
~~St. James~~, New York
CC

                                      SO ORDERED:

                                      HON. LEONARD D. WEXLER
                                      United States District Court Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
SELENA SCOTT,

                Plaintiff,

- against -

COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, POLICE OFFICERS
JOHN DOE 1 through 10 and POLICE OFFICERS
JANE DOE 1 through 10,

                Defendants.
------------------------------------x

CV-06 2950 (LDW) (WDW)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that all claims alleging violations of 42 U.S.C. § 1983, are hereby discontinued.

IT IS FURTHER STIPULATED AND AGREED, that this matter shall be remanded to New York State Supreme Court, County of Suffolk.

Dated: July _____, 2007
      e_T ~~St. James~~, New York

By: JERRY GARGUILO (JG-6576)
JERRY GARGUILO, Attorney at Law, P.C.
Attorneys for Plaintiff
542 North Country Road
St. James, New York 11780
(631) 862-7181

By: RICHARD DUNNE (RD-6665)
CHRISTINE MALAFI
Suffolk County Attorney
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788-0099
(631) 853-4049

Granted:

So ORDERED.

1

USDJ